# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 11, 2013

No. 12-30641

Lyle W. Cayce
Clerk

KATHLEEN M. O'BRIEN,

Plaintiff-Appellant

v.

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:11-CV-1838

Before DAVIS, GRAVES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Kathleen O'Brien appeals the district court's order granting Defendant-Appellee Hartford Life & Accident Insurance Company's motion for summary judgment in this action involving, *inter alia*, the denial of disability benefits under the Employee Retirement Income Security Act. After reviewing the record and briefs, we affirm for the reasons set forth by the district court in its order dated June 7, 2012.

AFFIRMED.

---

[*] Pursuant to Fifth Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Fifth Circuit Rule 47.5.4.